**Orville SAND, Plaintiff and Appellant,**

v.

**FARMERS UNION OIL COMPANY OF ROLLA, Defendant and Respondent.**

**Civ. No. 8654.**

Supreme Court of North Dakota.

Aug. 28, 1970.

Duffy & Haugland, Devils Lake, for plaintiff and appellant.

Pringle & Herigstad, Minot, for defendant and respondent.

STRUTZ, Justice.

The opinion of this court in the case of Koistinen v. Farmers Union Oil Company of Rolla, reported in 179 N.W.2d 327 (N.D.1970), governs this case.

For reasons stated in that opinion, the judgment of the trial court dismissing the plaintiff's complaint in this action is affirmed.

TEIGEN, C. J., and PAULSON, KNUDSON and ERICKSTAD, JJ., concur.